# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:    TED E. CIZMA                                      Case Number: 05-75586
          771 LAKE AVENUE              SSN-xxx-xx-3641
          LAKEWOOD, IL  60014

|  |  |  |
|---|---|---|
|  | Case filed on: | 10/5/2005 |
|  | Plan Confirmed on: | 3/14/2006 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $22,013.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BOHLMAN LAW OFFICES, P.C. | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | TED E. CIZMA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | APPLE FAST CASH PERSONAL LOANS | 4,940.44 | 2,675.00 | 2,675.00 | 0.00 |
| 002 | FIRST NATIONAL BANK OF MARENGO | 4,074.31 | 1,050.53 | 1,050.53 | 0.00 |
| 003 | LITTON LOAN SERVICING LP | 46,893.91 | 14,727.57 | 14,727.57 | 0.00 |
|  | Total Secured | 55,908.66 | 18,453.10 | 18,453.10 | 0.00 |
|  |  |  |  |  |  |
| 001 | APPLE FAST CASH PERSONAL LOANS | 0.00 | 2,265.44 | 4.49 | 0.00 |
| 004 | AMERICAN FAMILY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BMW FINANCIAL SERVICES NA LLC | 8,157.98 | 8,157.98 | 16.16 | 0.00 |
| 006 | CREDITORS ALLIANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | WALTER J BINDER & ASSOCIATES | 1,882.60 | 1,882.60 | 3.73 | 0.00 |
| 008 | CB USA INC | 243.02 | 243.02 | 0.49 | 0.00 |
| 009 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CRED PROTECTIONS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS ALLIANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DONATELLI & COULES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST NATIONAL BANK OF MARENGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,876.55 | 1,876.55 | 3.72 | 0.00 |
| 017 | JBC & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JBC & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MT DAIRY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MCO - MEDCLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PHILLIP J ROTCHE & ASSOCIATES PC | 13,232.29 | 13,232.29 | 26.21 | 0.00 |
| 025 | PARK DANSAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PEOPLES GAS LIGHT & COKE CO | 479.34 | 0.00 | 0.00 | 0.00 |
| 027 | RECEIVABLES PERFORMANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | VAN RU CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | VAN RU CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | VAN RU CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | VAN RU CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SMART JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | RPM | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ST. BENEDICTS GRADE SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | TEK-COLLECT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | WILLIAM A. HELLYER, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | VERIZON WIRELESS / GREAT | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | MOTOR WERKS OF BARRINGTON INC | 2,804.60 | 2,804.60 | 5.56 | 0.00 |
| 043 | NCO - MEDCLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ORTHOPEDIC & SPINE SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SPRING PCS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 28,676.38 | 30,462.48 | 60.36 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 86,785.04 | 51,115.58 | 20,713.46 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Total Paid Claimant:        $20,713.46
Trustee Allowance:          $1,299.54
Percent Paid Unsecured:          0.20

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                    By  /s/Heather M. Fagan